IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPLADAE MOORE,<br><br>        Plaintiff,<br><br>    v.<br><br>VERGOLINI ENTERPRISES, INC., a California corporation, dba TEXAS WEST BBQUE; LOUISE HAYNES AND M.L. HAYNES, Trustees of the HAYNES 1995 REVOCABLE TRUST,<br><br>        Defendants.* | 2:12-cv-00976-GEB-EFB<br><br>STATUS (PRETRIAL SCHEDULING) ORDER |

        The status (pretrial scheduling) conference scheduled for hearing on July 23, 2012, is vacated since the parties' Joint Status Report filed on July 9, 2012 ("JSR") indicates the following Order should issue.

DISMISSAL OF DOE DEFENDANTS

        Since Plaintiff has not justified Doe defendants remaining in this action, Does 1-50 are dismissed. See Order Setting Status (Pretrial Scheduling) Conference filed April 13, 2012, at 2 n.2 (indicating that if justification for "Doe" defendant allegations not provided Doe defendants would be dismissed).

---

    *    The caption has been amended according to the Dismissal of Doe Defendants portion of this Order.

1

## SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT

Plaintiff states in the JSR that she "may file an amended complaint identifying previously undiscovered barriers after a formal site inspection[, which she] expects . . . to be completed by September 14, 2012." (JSR 2:10-14.)

Plaintiff has until September 17, 2012, to file a motion in which leave is sought under Federal Rule of Civil Procedure 15(a) to file the referenced amendment, after which time no further service, joinder of parties, or amendments to the pleadings is permitted, except with leave of Court for good cause shown. The referenced motion must be noticed for hearing on the Court's earliest available law and motion date.

## DISCOVERY

All discovery shall be completed by June 12, 2013. In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate orders, if necessary, and, where discovery has been ordered, the order has been complied with or, alternatively, the time allowed for such compliance shall have expired.

Each party shall comply with Federal Rule of Civil Procedure 26(a)(2)(B) and (C)'s initial expert witness disclosure requirements on or before January 11, 2013, and any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(D)(ii) on or before February 11, 2013.

## MOTION HEARING SCHEDULE

The last hearing date for a motion is August 12, 2013, commencing at 9:00 a.m.[1] A motion shall be briefed as prescribed in Local Rule 230.

The parties are cautioned that an untimely motion characterized as a motion in limine may be summarily denied. A motion in limine addresses the admissibility of evidence.

## FINAL PRETRIAL CONFERENCE

The final pretrial conference is set for October 7, 2013, at 11:00 a.m. The parties are cautioned that the lead attorney who WILL TRY THE CASE for each party shall attend the final pretrial conference. In addition, all persons representing themselves and appearing in propria persona must attend the pretrial conference.

The parties are warned that **non-trial worthy issues could be eliminated *sua sponte*** "[i]f the pretrial conference discloses that no material facts are in dispute and that the undisputed facts entitle one of the parties to judgment as a matter of law." Portsmouth Square v. S'holders Protective Comm., 770 F.2d 866, 869 (9th Cir. 1985).

The parties shall file a **JOINT** pretrial statement no later than seven (7) calendar days prior to the final pretrial conference. The joint pretrial statement shall address the applicable portions of Local Rule 281(b), and shall set forth each theory of liability ("claim") and affirmative defense which remains to be tried, and the ultimate facts on which each theory/defense is based. Furthermore, each party shall

---

[1] This time deadline does not apply to motions for continuances, temporary restraining orders, emergency applications, or motions under Rule 16(e) of the Federal Rules of Civil Procedure.

1  estimate the length of trial.² The Court uses the parties' joint pretrial
2  statement to prepare its final pretrial order and could issue the final
3  pretrial order without holding the scheduled final pretrial conference.
4  See Mizwicki v. Helwig, 196 F.3d 828, 833 (7th Cir. 1999)("There is no
5  requirement that the court hold a pretrial conference.").
6         If feasible, at the time of filing the joint pretrial
7  statement counsel shall also email it in a format compatible with
8  WordPerfect to: geborders@caed.uscourts.gov.

                            TRIAL SETTING

10        Trial shall commence at 9:00 a.m. on January 14, 2014.
11        IT IS SO ORDERED.

Dated: July 16, 2012

                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge

---

² If a trial by jury has been preserved, the joint pretrial statement shall also state how much time each party desires for voir dire, opening statements, and closing arguments.

4